**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Alice Marie Gandy, et al. v. Robert Williamson, Estate of
                          Jimmy Glenn Williamson, Deceased, Jimmy Williamson,
                          P.C., Williamson & Rusnak, Cyndi Rusnak, and Cyndi
                          Rusnak, PLLC

Appellate case number:    01-19-00335-CV

Trial court case number:  459,062-401

Trial court:              Probate Court No. 2 of Harris County

        On June 11, 2019, we abated the appeal and remanded the case to the trial court to allow appellants to obtain a final judgment disposing of all remaining claims. *See* Tex. R. App. P. 27.2; *Iacono v. Lyons*, 6 S.W.3d 715, 717 (Tex. App.—Houston [1st Dist.] 1999, order). The trial court clerk has filed a supplemental clerk's record that includes the trial court's Order of Nonsuit and Final Judgment. Accordingly, we **reinstate** the appeal on the Court's active docket.

        Appellant's brief is due to be filed in this Court no later than 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(a), (d).

        It is so ORDERED.


Judge's signature: /s/ Julie Countiss
                        ☑ Acting individually    ☐ Acting for the Court

Date: ___July 23, 2019___